### 8899. ALBRIGHT v. AMERICAN CENTRAL INSURANCE COMPANY.

BLOODWORTH, J. Under the particular facts of this case the court did not err in overruling the motion to dismiss the petition to set aside the verdict and judgment; nor did it err in setting aside the verdict and judgment.

Judgment affirmed. Broyles, P. J., and Harwell, J., concur.
DECIDED JANUARY 21, 1918.

Motion to set aside judgment; from Fulton superior court—Judge Ellis. March 10, 1917. (See 145 Ga. 515 (89 S. E. 487); 147 Ga. 492 (94 S. E. 561)).

James L. Key, for plaintiff.

Smith, Hammond & Smith, for defendant.